(91 South. 921)

BOWDEN et al. v. T. S. FAULK & CO. et al. (4 Div. 970.) (Supreme Court of Alabama, Jan. 19, 1922.) Appeal from Circuit

Court, Coffee County; A. B. Foster, Judge. W. W. Sanders, of Elba, for appellee.

PER CURIAM. Affirmed on certificate.